IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHARLES LAWSON, | : |
| Plaintiff, | : |
| VS. | : |
| | : 7 : 06-CV-45 (HL) |
| Lt. ROBB PICCIOTTI, | : |
| Defendant. | : |

## **RECOMMENDATION**

Presently pending in this *pro se* prisoner 42 U.S.C. § 1983 action is defendant's motion to dismiss for plaintiff's failure to prosecute (doc. 18). The undersigned notified plaintiff of the filing of the motion; however, plaintiff has failed to file any response to the motion. Moreover, mail sent to plaintiff at his last known address at Coastal State Prison has been returned by the institution with an indication that plaintiff is no longer housed at that institution. (Doc. 21). Plaintiff has not provided any other address.

Plaintiff filed this action in June, 2006 while incarcerated at the Lowndes County Jail. The Court entered an Order on July 12, 2006 allowing the case to proceed and defendant timely answered the complaint on August 4, 2006. The Court's July 12, 2006 Order (doc. 7) contains the following directive to the plaintiff in this action: "Plaintiff is advised that he must diligently prosecute his complaint or face the possibility that it will be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute."

Plaintiff has failed to conduct any discovery in this action, or otherwise prosecute the same.

After having afforded plaintiff an opportunity to respond to defendant's motion and to show cause why this action should not be dismissed, the undersigned finds a clear record of delay and a

willful failure of the plaintiff to take meaningful action to prosecute this action. It is the further finding of the undersigned that lesser sanctions will not suffice; therefore, it is the RECOMMENDATION of the undersigned that this action be **DISMISSED** with prejudice in its entirety. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 2nd day of July, 2008.

    //S Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

msd