**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **CHARLES LAWSON,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:06-CV-45 (HL) |
| | : | |
| **ROB PICCIOTTI,** | : | |
| Defendant | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 22) filed July 2, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 28th day of July, 2008.

                                                  *s/ Hugh Lawson*
                                                  **HUGH LAWSON, Judge**
                                                  **United States District Court**